UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHAMADOU SIMAHA and MARLON SMITH,
*on behalf themselves and others similarly situated,*

      *Plaintiffs,*

-against-

ARON SECURITY, INC. d/b/a ARROW SECURITY,

      *Defendants.*

Case No. 1:24-cv-09339-MMG

**JUDGMENT (PROPOSED)**

  A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed by plaintiff Marlon Smith ("Plaintiff") on December 17, 2025, accepting the December 16, 2025, Offer of Judgment from defendant Aron Security, Inc. d/b/a Arrow Security ("Defendant") to allow judgment against them, with respect to Plaintiffs' Fair Labor Standards Act, 29 U.S.C. 201 et seq. claim asserted in Plaintiffs' Complaint, and in favor of Plaintiff in the amount of $2,000.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiff, it is

  **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff Marlon Smith and against Defendant Aron Security, Inc. d/b/a Arrow Security, with respect to Plaintiff's Fair Labor Standards Act, 29 U.S.C. 201 et seq. claim asserted in Plaintiff's Complaint, in the total amount of $2,000.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiff; and that this case is closed.

Judgment signed this _____ day of _____ 202___.

                _____
                Hon.